**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 06-mj-00164-DLW-01

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

NATHAN M. ADAMS,

       Defendant.

---

**ORDER EXTENDING PROBATION**

---

       This matter comes before the Court following a compliance review hearing held on April 10, 2007.  The Court admonished Defendant for being arrested for DUI and possession of drug paraphernalia on 12/28/06, and on 12/13/06, and for submitting a urine sample that tested positive for cocaine.  The Court further advised the Defendant that, if he came back before the Court on any further allegations of violation of probation, he could be assured that a jail sentence would be imposed if he was found in violation.  Based upon this information, and the Defendant presenting proof of completion of community service to the Court, it is

       **ORDERED** that the Defendant's term of probation be extended for an additional three (3) months from his termination date of April 16, 2007.  It is

       **FURTHER ORDERED** that the frequency of drug testing be increased by the Probation Officer.

       **DATED** at Durango, Colorado, this 20th day of April, 2007.

       BY THE COURT:

       s/David L. West
       David L. West
       United States Magistrate Judge