# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For **REVOCATION OF PROBATION**) |
| v. | Case Number: 06-MJ-00164-DLW |
| NATHAN M. ADAMS | USM Number: 34279-013 |
| | KELLY R. McCABE<br>(Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 3 and 4, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Leaving the District of Colorado Without Probation Officer's Permission | April 27, 2007 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The Government moved to dismiss violations 1 and 2 and the Court granted the motion.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

June 12, 2007
Date of Imposition of Judgment

s/David L. West
Signature of Judge

David L. West, U.S. Magistrate Judge
Name & Title of Judge

June 12, 2007
Date

DEFENDANT: NATHAN M. ADAMS
CASE NUMBER: 06-MJ-00164-DLW                                      Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 4 | Failure to Report Law Enforcement Contact to the Probation Office Within 72 Hours | April 29, 2007 |

DEFENDANT: NATHAN M. ADAMS
CASE NUMBER: 06-MJ-00164-DLW                                      Judgment-Page 2 of 3

DEFENDANT: NATHAN M. ADAMS  
CASE NUMBER: 06-MJ-00164-DLW                                                Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of one (1) year.

The Court suspends 11 months with the provision that the Defendant have no violations of state, local or federal law for a period of one (1) year.

The Court recommends that the Defendant be given credit for time served of 12 days against the remaining 30 days of his sentence.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

    Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____  
UNITED STATES MARSHAL

By_____  
Deputy United States Marshal